## HUDDLESTON *v.* HUDDLESTON *et al.*

(Division B. July 2, 1923.)

[No. 23061.]

On Suggestion of error. Judgment affirmed on cross-appeal, and suggestion of error overruled in other respects.

For former opinion, see 132 Miss. 58, 95 So. 674.

COOK, J., delivered the opinion of the court.

On a former day this cause was reversed and remanded on the direct appeal, and the appellee and cross-appellant has filed a suggestion of error, in which our attention is directed to the fact that in the former opinion we failed to pass upon the cross-appeal prosecuted by him. We have re-examined the record, and are of the opinion that the cause should be affirmed on the cross-appeal. In all other respects the suggestion of error is overruled.

*Overruled.*